**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC ROBINSON, | ) | CASE NO. 1:18CV00263 |
| Plaintiff, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| MICHAEL SAMIJLENKO, *et al.,* | ) ) | |
| Defendants | ) ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, Defendant's Motion to Dismiss is GRANTED. (Doc. No. 21.)

IT IS SO ORDERED.

Date: <u>July 30, 2018</u>                                   *s/Jonathan D. Greenberg*
                                                                       Jonathan D. Greenberg
                                                                       United States Magistrate Judge